IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 20-cv-03445-CMA-MEH

ARACELI GRANILLO-ESTRADA,

     Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

     Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE
JUDGE**

---

This matter is before the Court on the July 8, 2021 Recommendation of United
States Magistrate Judge (Doc. # 26), wherein Magistrate Judge Michael E. Hegarty
recommends that this Court deny Plaintiff's Motion for Leave to Amend Complaint to
Add Additional Defendant (Doc. # 21). The Recommendation is incorporated herein by
reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were
due within fourteen (14) days after being served with a copy of the Recommendation.
(Doc. # 26 at 7–8.) Despite this advisement, no objection to Magistrate Judge Hegarty's
Recommendation has been filed by either party.

"[T]he district court is accorded considerable discretion with respect to the
treatment of unchallenged magistrate reports. In the absence of timely objection, the

district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")).

After reviewing the Recommendation of Magistrate Judge Hegarty, in addition to applicable portions of the record and relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS that the July 8, 2021 Recommendation of United States Magistrate Judge (Doc. # 26) is AFFIRMED and ADOPTED as an Order of this Court. It is

FURTHER ORDERED that Plaintiff's Motion for Leave to Amend Complaint to Add Additional Defendant (Doc. # 21) is DENIED.

DATED:  July 22, 2021

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge

2